_AO91 (Rev. 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN**  DISTRICT OF  **TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Francisco Javier Perez Torres**<br>**Cardenas, Tabasco**<br>**Mexico** | **CRIMINAL COMPLAINT**<br><br>Case Number:   **L-09-PO1002** |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 19, 2009** in **Laredo, Texas** **Webb** County, in the Southern District of Texas, **Francisco Javier Perez Torres** defendant(s),

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts: based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Francisco Javier Perez Torres**, who admitted to being a citizen of **Mexico**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry and attempted entry took place on **January 19, 2009**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/
Signature of Complainant

**Roberto Martinez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**January 26, 2009**                      at    Laredo, Texas
Date                                                         City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer                   Signature of Judicial Officer